UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GONZALO EDWARD GONZALEZ, | ) | Case No. EDCV 08-1817 GAF (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| ROBERT HOREL, Warden, | ) ) | |
| Respondent.. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED:  March 16, 2012 

_____
GARY A. FEESS
United States District Judge